IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **HARVEY WILLIAM HUGUNIN** | § | **PLAINTIFF** |
| | § | |
| v. | § | **Civil No. 1:26cv61-HSO-BWR** |
| | § | |
| **REGIONS BANK and REGIONS FINANCIAL CORPORATION** | § | **DEFENDANTS** |

## FINAL JUDGMENT

This matter is before the Court sua sponte. Pursuant to the Order entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 3rd day of March, 2026.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE